THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Shawna O.,
 David S., and Sebastian S., Defendants,
 of whom David S.
 is the Appellant.
 In the
 interests of five minor children under the age of 18.
 
 
 

Appeal From Aiken County
Peter R. Nuessle, Family Court Judge
Unpublished Opinion No.  2009-UP-163
Submitted March 2, 2009  Filed April 6,
 2009
AFFIRMED

 
 
 
 Charles C. Mayers, of Augusta, for Appellant.
 Amanda F. Whittle, of Aiken, for Respondent.
 Patrick A. McWilliams, of Aiken, for Guardian Ad Litem.
 
 
 

PER CURIAM:.
 David S. appeals from the family courts order
 issued September 15, 2008, following a removal merits hearing.  After a thorough review of the record and
 the family courts findings of fact and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987) and S.C. Dept of Soc. Servs. v. Frederick Downer, Sr.,
 S.C. Sup. Ct. Order dated February 2, 2005 (expanding the procedure set forth
 in Cauthen to situations where an indigent person appeals from an order
 imposing other measures short of termination of parental rights), we find no meritorious issues warrant
 briefing.  Accordingly, we affirm the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.[1] 
HEARN, C.J., GEATHERS, J., and GOOLSBY, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.